CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 13 2009

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON, | ) |
| Petitioner, | ) Case No. 7:09CV00124 |
| v. | ) **FINAL ORDER** |
| VA D.O.C., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court.

ENTER: This 13th day of October, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge